AVESTA SHEFFIELD, INC., BRISTOL METALS, INC., DAMASCUS TUBE DIVISION., DAMASCUS-BISHOP TUBE CO., TRENT TUBE DIVISION OF CRUCIBLE MATERIALS CORP., AND THE UNITED STEELWORKERS OF AMERICA (AFL-CIO/ CLC), PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND SAMMI METAL PRODUCTS CO., LTD., AND PUSAN STEEL PIPE CO., LTD., DEFENDANT-INTERVENORS

Court No. 93–01–00062

(Dated June 14, 1994)

## JUDGMENT

RESTANI, *Judge:* This case having been submitted for decision and the Court, after deliberation, having rendered a decision therein; now, in conformity with that decision,

IT IS HEREBY ORDERED: that the court, hearing no objection, affirms the results of the remand determination rendered in compliance with *Avesta Sheffield, Inc. v. United States,* 838 F. Supp. 608 (Ct. Int'l Trade 1993), and *Avesta Sheffield. Inc. v. United States,* Slip Op. 94–53 (Mar. 31, 1994), issued herein. The dumping margins shall be 2.67% for Pusan Steel Pipe Co., 7.92% for Sammi Metal Products Co., and 7.00% for all others, as determined by the Secretary.